IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRUCE KERNER, et al.,
    Plaintiffs,

v.

    Case No. 2:04-CV-735
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

TERMINIX INTERNATIONAL
COMPANY, LLC,
    Defendant.

## ORDER

This matter is before the Court for consideration of the Plaintiffs' Motion to Reconsider an Order of the Magistrate Judge (Doc. #228). On January 3, 2008, the Magistrate Judge addressed the issue of production of psychological records of Plaintiff Dr. Kerner. Judge Kemp ordered counsel to confer and review the records, subject to an "attorneys' eyes only" limitation, to pinpoint areas of disagreement. Judge Kemp ruled that, following this procedure, counsel could present to him the areas of disagreement regarding production. Plaintiffs seek reconsideration of this ruling, arguing that the Court should conduct its own *in camera* review of all records prior to any exchange with counsel, even with an attorneys' eyes only limitation.

This Court finds no error with Magistrate Judge Kemp's ruling. The ruling is neither clearly erroneous nor contrary to law. 28 U.S.C. § 636(b)(1)(A). The Magistrate Judge is afforded broad discretion in resolving matters related to discovery disputes. Counsel are **DIRECTED** to comply with Magistrate Judge Kemp's order forthwith. Plaintiffs' Motion to Reconsider (**Doc. #228**) is **DENIED.**

    IT IS SO ORDERED.

1-28-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE